UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

MARVIN CLIFTON                                        NO. 19-00126-BAJ-RLB

### RULING AND ORDER

**WHEREAS,** on September 27, 2019, the United States Attorney filed a Bill of Information charging Defendant with one count of false statements relating to health care matters, in violation of 18 U.S.C. § 1035 (Doc. 1); and

**WHEREAS,** on October 31, 2019, Defendant pleaded guilty to the charge set forth in the Bill of Information, (Doc. 15); and

**WHEREAS,** on March 18, 2020, the Court entered its judgment sentencing Defendant to 18 months imprisonment and 2 years of supervised release (Doc. 33); and

**WHEREAS,** on December 23, 2022, Defendant, through counsel, filed a **Motion For Early Termination Of Supervised Release (Doc. 53)**, seeking early termination of Defendant's term of supervised release, pursuant to 18 U.S.C. § 3583(e)(1), and showing that Defendant has served over one year of his 2-year term of supervised release; has complied with all required conditions of supervised release; has not had any substance abuse issues while on supervised release; and has previously been granted permission to leave the immediate area, the State of Louisiana, and the borders of the United States with no incidents or violations of his

1

supervised release; and

**WHEREAS,** the United States does not oppose termination of Defendant's supervision (Doc. 55); and

**WHEREAS**, in consideration of the foregoing, the Court determines that Defendant is statutorily eligible for early termination of supervised release under the provisions of 18 U.S.C. § 3583(e)(1) and 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and that the goals of sentencing and the interests of justice will be served by early termination of Defendant's term of supervised release,

**IT IS ORDERED** that Defendant's term of supervised release be and is hereby **REDUCED** to **TIME-SERVED**, and that Defendant's term of probation be and is hereby **TERMINATED** as of the date of this Order.

Baton Rouge, Louisiana, this 6th day of February, 2023

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**